IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | § § § § | |
| V. | § § | CRIMINAL NO.—SA 12-CR-0102-OG |
| ANTONIO PENA-ARGUELLES,<br>Defendant | § § § | |

## WITHDRAWAL OF CLAIMS AND ANSWERS
## FILED BY ARMANDINA RODRIGUEZ PENA

My client, Armandina Rodriguez Pena, hereby withdraws any and all claims or answers she has filed in the instant case with regard to the following real property:

**311 Joshua Way, San Antonio, Bexar County, Texas 78258**, with all buildings, appurtenances, and improvements thereon, and being more particularly described as follows: Lot 18, Block 5, New City Block 19217, CHAMPIONS RIDGE SUBDIVISION, UNIT 3A, PLANNED UNIT DEVELOPMENT, an addition to the City of San Antonio, Bexar County, Texas, according to map or plat thereof, recorded in Volume 9551, Page 101, Deed and Plat Records, Bexar County, Texas.

Respectfully submitted,

By: _____
Kathleen A. Hurren
Attorney at Law
2008 NW Military Highway
San Antonio, Texas 78213
Attorney for Petitioner Armandina Rodriguez Pena

By: _____
Cathleen Lockhart
Lockhart Law Firm, PC
310 S. St. Mary's Street, Suite ~~1860~~ 1900
San Antonio, Texas 78205
Attorney for Petitioner Armandina Rodriguez Pena

## CERTIFICATE OF SERVICE

    I hereby certify that on August 8, 2014, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification of such filing to CM/ECF participant:

Kathleen A. Hurren
Attorney at Law
2008 NW Military Highway
San Antonio, Texas 78213

Cathleen Lockhart
Lockhart Law Firm, PC
310 S. St. Mary's Street, Suite 1900
San Antonio, Texas 78205
Attorneys for Petitioner Armandina Rodriguez Pena

Lori Gruver
Linebarger, Goggan, Blair and Sampson, LLP
P.O. Box 17428
Austin, Texas 78760
Attorney for the Bexar County, Texas Taxing Authorities

                                                          /s/_____
                                                          Mary Nelda G. Valadez
                                                          Assistant United States Attorney