FILED

OCT 0 3 2014

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CRIMINAL NO.  SA-12-CR-102-OG |
| ) | |
| ANTONIO PENA-ARGUELLES, ) | |
| ) | |
| Defendant. ) | |

## FINAL JUDGMENT OF FORFEITURE

Came on to be considered the United States of America's Motion for Final Judgment of Forfeiture, pursuant to the provisions of Fed. R. Crim. P. 32.2(c)(2) and 21 U.S.C. §§ 853(n)(1-7), and this Court being fully and wholly apprised in all its premises, finds that the United States of America has proven by a preponderance of the evidence a nexus between the below-described Subject Real and Personal Properties, and the violations of Title 18 U.S.C. § 1956(h), by virtue of Defendant Antonio Pena-Arguelles' Plea Agreement with factual basis contained therein, and that said Defendant has an interest in said Subject Real and Personal Properties.

The Court finds that publication of public notice was properly executed; that all known potential petitioners have been properly served with notice of the instant forfeiture action, to include JPMorgan Chase Bank; Bexar County Appraisal District; Bexar County Tax Assessor/Collector; Webb County Appraisal District; Webb County Tax Assessor/Collector; Sunset Vista Association, Inc.; University Hospital; Armandina Rodriguez-Pena; The Pena Irrevocable Family Remainder Trust; International Bank of Commerce; Office of the Attorney General; Winfield Homeowners Association, Inc.; Champions Ridge Homeowners Association, Inc., and Laredo Medical Center, and that no petitions have been filed, save and except for those

of Bexar County, Texas Taxing Authorities and JPMorgan Chase Bank, NA. As such, Petitioner's Motion is meritorious and should be, and hereby is, in all things GRANTED. IT IS THEREFORE

ORDERED that any and all right, title, and interest of Defendant Antonio Pena-Arguelles in certain properties, namely:

**Real Properties**

    a.    Real Property located and situated at **311 Joshua Way, San Antonio, Bexar County, Texas 78258**, with all buildings, appurtenances, and improvements thereon, and being more particularly described as follows: Lot 18, Block 5, New City Block 19217, CHAMPIONS RIDGE SUBDIVISION, UNIT 3A, PLANNED UNIT DEVELOPMENT, an addition to the City of San Antonio, Bexar County, Texas, according to map or plat thereof, recorded in Volume 9551, Page 101, Deed and Plat Records, Bexar County, Texas; and

    b.    Real Property located and situated at **8508 Callow Court, Webb County, Laredo, Texas 78045**, with all buildings, appurtenances, and improvements thereon, and being more particularly described as follows: The Surface Estate only in and to Lot 3, Block 1, Aspen Meadows Subdivision, a Subdivision Situated in the City of Laredo as per plat recorded in Volume 13, Page 25, Webb County Plat Records, Webb County, Texas.

**Personal Properties**

    a.    $4,242,317.11, More or Less, Contained in LPL Financial Account Number: 1296882, in the name of Antonio Pena-Arguelles;

    b.    $582,966.29, More or Less, Contained in Falcon International Bank Account Number: 125000220, in the name of Antonio Pena-Arguelles;

    c.    $14,000.00, More or Less, Contained in Falcon International Bank Account Number: 0240524014, in the name of Antonio Pena-Arguelles;

    d.    One 2011 Land Rover, Range Rover SC, VIN: SALMF1E41BA349997; and

    e.    One 2011 Ford F-150 Supercrew Lariat Limited Truck, VIN: 1FTFW1E63BFA72855,

hereinafter referred to as the Subject Real and Personal Properties be, and hereby is, forfeited to the United States of America; and IT IS FURTHER

ORDERED that any and all right, title, and interest of Sunset Vista Association, Inc.; University Hospital; Armandina Rodriguez Pena in the Subject Real and Personal Properties (save and except for 104 O'Meara Circle, Laredo, Webb County, Texas 78045, and 4019 Linares Circle, Laredo, Webb County, Texas 78045); The Pena Irrevocable Family Remainder Trust; International Bank of Commerce; Office of the Attorney General; Winfield Homeowners Association, Inc.; Champions Ridge Homeowners Association, Inc.; and Laredo Medical Center in the Subject Real Properties be, and hereby is, held in default and forfeited to the United States of America; and IT IS FURTHER

ORDERED that any and all right, title, and interest of any and all potential petitioners in the Subject Real and Properties (save and except for the valid interests of Bexar County, Texas Taxing Authorities and JPMorgan Chase Bank, NA) be, and hereby is, held in default and forfeited to the United States of America; and IT IS FURTHER

ORDERED that the Subject Real and Personal Properties (save and except for 104 O'Meara Circle, Laredo, Webb County, Texas 78045, and 4019 Linares Circle, Laredo, Webb County, Texas 78045) be, and hereby are, forfeited to the United States of America; and IT IS FURTHER

ORDERED that the United States Marshals Service, the Internal Revenue Service, or any designated agent, shall dispose of the Subject Real and Personal Properties in accordance with law; and IT IS FURTHER

ORDERED that upon disposal of the Subject Real and Personal Properties by the United States Marshals Service, the Internal Revenue Service, or any designated agent, the United States Marshals Service and the Internal Revenue Service shall be reimbursed for any costs and expenses regarding the seizure, maintenance, custody and control of the Subject Real and Properties from the proceeds realized from the sale and liquidation of the Subject Real and

Personal Properties; and IT IS FURTHER

ORDERED that from the proceeds realized from the sale and liquidation of the Subject Real Properties the United States Marshals Service shall pay to the Bexar County, Texas Taxing Authorities and to the Webb County, Texas Taxing Authorities any outstanding ad valorem taxes that may be due and owing on the Subject Real Properties; and IT IS FURTHER

ORDERED that from the proceeds realized from the sale and liquidation of the Subject Personal Properties, the Internal Revenue Service shall pay to JPMorgan Chase Bank, NA, any outstanding lien balance that may be due and owing on the 2011 Land Rover, Range Rover SC, VIN: SALMF1E41BA349997; and IT IS FURTHER

ORDERED that all terms and provisions contained in this Court's Preliminary Order of Forfeiture (Doc. 63) entered on April 9, 2014, in so much as may be applicable and consistent with this Order, shall remain in full force and effect.

IT IS SO ORDERED.

SIGNED this ___3___ day of October, 2014.

_____
ORLANDO L. GARCIA
United States District Judge